*Charles C. Paulding* and *Robert A. Kutschbock* for appellant.

*Frank S. Black* and *Theodore B. Chancellor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not voting: HISCOCK, J.

---

HOWARD J. M. CARDEZA et al., Appellants, *v.* WILLIAM E. S. GRISWOLD, as Trustee in Bankruptcy of JOHN OSBORN'S SONS & CO., Respondent, Impleaded with Others.

*Cardeza* v. *Griswold*, 111 App. Div. 920, affirmed.
(Argued May 3, 1906; decided May 22, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 30, 1906, which affirmed so much of a judgment, entered upon the report of a referee in an action for the foreclosure of certain mortgages, as adjudged that the defendant trustee is entitled to have a lien upon the proceeds of sale in preference and prior to the lien of the plaintiffs.

*William G. Cooke* for appellants.

*Maxwell C. Katz* and *Otto C. Sommerich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER and HISCOCK, JJ. Not voting: WILLARD BARTLETT, J.